## In re ESTATE OF CHISSOE.

No. 10928—Opinion Filed Nov. 8, 1921.

(Syllabus.)

**Appeal and Error—Time for Perfecting Appeal—Dismissal.**

Where a petition in error is not filed in this court until after the expiration of six months from the date of final judgment or order appealed from, this court has no jurisdiction over the subject-matter, and the appeal will be dismissed.

Error from District Court, Wagoner County; Benjamin B. Wheeler, Judge.

In the matter of the estate of Newton B. Chissoe, deceased. From judgment of district court, on appeal from county court, approving final report of Ned Sarty, administrator, and decreeing heirship and distribution in favor of Wm. Chissoe and others. Nettie B. Chissoe and another bring error. Dismissed.

Watts & Summers, for plaintiffs in error.

P. L. Newton, for defendants in error.

PER CURIAM. On March 17, 1919, motion for new trial in the above-entitled cause was overruled by the trial court. The case was not filed in this court until September 23, 1919, more than six months after the date of the judgment appealed from. Therefore, the motion to dismiss appeal must be sustained, this court being without jurisdiction. Wagnon v. Davisson, 79 Okla. 209, 192 Pac. 565; Butler v. Chateau, 83 Okla. 259, 202 Pac. 181; Nowahoma Oil & Gas Co. v. Longbone, 83 Okla. 258; 201 Pac. 660.